IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| XIAOYING HU, | ) | Case No. 8:20CV415 |
| | ) | |
| Petitioner, | ) | **ORDER TO DESTROY** |
| | ) | |
| vs. | ) | |
| | ) | |
| CHAD WOLF, Acting Secretary of | ) | |
| The Department of Homeland Security; | ) | |
| TODD BAHENSKY, in his capacity as | ) | |
| Director of Hall County Department of | ) | |
| Correction; and SHAWN BYER, U.S. | ) | |
| ICE Field Office Director for Nebraska; | ) | |
| | ) | |
| Respondents. | ) | |

Counsel for the petitioner notified the court on January 10, 2023, that counsel wishes the following exhibits held by the court in this matter to be destroyed.

Petitioner's Exhibits from status hearing held 11/19/2020 and 12/18/2020

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: January 10, 2023

BY THE COURT

s/ Joseph F. Bataillon
Senior United States District Judge